# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CONNECTION MODEL LLC**

*Plaintiff*

v.

**HUBSPOT, INC.**

*Defendant*

Civil Action No.:
**1:26–CV–12753–JDH**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> HubSpot, Inc.
> c/o CT Corporation System
> 155 Federal Street, Suite 700
> Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Maria A. Lombardi and Ben L. Wagner
> Troutman Pepper Locke
> 111 Huntington Avenue, 9th Floor
> Boston, MA 02199

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Erika Z Gutierrez**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–06–17 13:54:42**, Clerk USDC DMA

JUNE 23, 2026

**CONNECTION MODEL, LLC  V.  HUBSPOT, INC.**
**CASE NO. 126CV12753JDH**
**RETURN OF SERVICE**

*I this day SERVED the within named*          HUBSPOT, INC.
                                              C/O CT CORP

*by*                                          *6/23/2026 @10:00AM*- DARLENE MITCHELL, CLERK.
                                              SERVED BY JOHN RYMASZEWSKI-PROCESS SERVER

*No.* 155 FEDERAL ST, STE 700
*in the city/town of* BOSTON, *an attested copy of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Appearance of Maria A. Lombardi; Motion for Admission of Benjamin Lewis Wagner Pro Hac Vice; Declaration of Benjamin Lewis Wagner; Notice of Appearance of Ben L. Wagner; Plaintiff Connection Model LLC'S Corrected Rule 7.1 Corporate Disclosure Statement*

*Service and travel*          $ 65

*John Rymaszewski*
_____
Process Server/