**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTION MODEL LLC,<br>Plaintiff,<br>v.<br>HUBSPOT, INC.,<br>Defendant. | Civil Action No. 1:26-cv-12753-AK |

**DECLARATION OF ZACHARY R. EDELMAN IN SUPPORT OF DEFENDANT HUBSPOT, INC.'S MOTION TO DISMISS PLAINTIFF CONNECTION MODEL LLC'S AMENDED CLASS ACTION COMPLAINT**

I, Zachary R. Edelman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate in the law firm of Latham & Watkins LLP and counsel for Defendant HubSpot, Inc. in the above-captioned litigation. I am licensed to practice law in Massachusetts and New York. I submit this declaration in support of Defendant HubSpot, Inc.'s Motion to Dismiss Plaintiff Connection Model LLC's Amended Class Action Complaint.

2. Before filing this Motion, counsel for HubSpot requested that counsel for Connection provide all versions of the Agreement on which Connection relied for its Complaint. Counsel for Connection provided only a 2020 agreement.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the HubSpot Partner Agreement dated May 8, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the HubSpot Partner Program Agreement dated April 18, 2014, *also available at* https://web.archive.org/web/20140422040519/http://www.hubspot.com/partner-program-agreement.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the HubSpot Partner Program Agreement dated March 9, 2015, *also available in substantially similar form at* https://web.archive.org/web/20151126141007/http:/legal.hubspot.com/partner-program-agreement.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the HubSpot Agency Partner Program Agreement dated November 9, 2016, *also available in substantially similar form at* https://web.archive.org/web/20161119153120/http:/legal.hubspot.com/agency-partner-program-agreement.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the HubSpot Agency Partner Program Agreement dated January 3, 2017, *also available at* https://web.archive.org/web/20170429180300/http://legal.hubspot.com/agency-partner-program-agreement.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the HubSpot Sales Solutions Partner Program Agreement dated May 23, 2018, *also available in substantially similar form at* https://web.archive.org/web/20190409082347/https:/legal.hubspot.com/sales-solutions-partner-program-agreement.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the HubSpot Agency Partner Program Agreement dated May 5, 2019, *also available in substantially similar form at* https://web.archive.org/web/20190817205352/https:/legal.hubspot.com/agency-partner-program-agreement.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated February 5, 2020, *also available in substantially similar form*

*at* https://web.archive.org/web/20200622195645/https:/legal.hubspot.com/solutions-partner-program-agreement.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated August 14, 2020, *also available at* https://web.archive.org/web/20200923142236/https:/legal.hubspot.com/solutions-partner-program-agreement.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated December 21, 2022, *also available in substantially similar form at* https://web.archive.org/web/20230103163615/https:/legal.hubspot.com/solutions-partner-program-agreement.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated April 3, 2023, *also available in substantially similar form at* https://web.archive.org/web/20230604204350/https:/legal.hubspot.com/solutions-partner-program-agreement.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated August 17, 2023, *also available in substantially similar form at* https://web.archive.org/web/20230928205042/https:/legal.hubspot.com/solutions-partner-program-agreement.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated June 2, 2025, *also available in substantially similar form at* https://web.archive.org/web/20250621145902/https:/legal.hubspot.com/hubfs/HSPPA - 2June2025 .pdf.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated November 17, 2025, *also available in substantially similar form at* https://web.archive.org/web/20251219042135/https:/legal.hubspot.com/solutions-partner-program-agreement.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the HubSpot Solutions Partner Program Agreement dated February 25, 2026, *also available in substantially similar form at* https://web.archive.org/web/20260421072818/https:/legal.hubspot.com/hubfs/HSPPA PDF Feb 2026-1.pdf.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the HubSpot Solutions Partner Program 2020 Tiers & Benefits Guide.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the HubSpot Solutions Partner Program 2023 Tiers & Benefits Guide.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the HubSpot Solutions Partner Program Policies dated May 31, 2023, *also available at* https://web.archive.org/web/20230531004501/https:/www.hubspot.com/partners/solutions-program-policies.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Revenue Share Legacy Policy for HubSpot Solutions Partners, *also available at* https://www.hubspot.com/legacy-commission-plan-solutions-partners-2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2026, in Boston, Massachusetts.

/s/
Zachary R. Edelman

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on October 26, 2026, to those identified as non-registered participants.

/s/ Nathan A. Sandals
Nathan A. Sandals